# United States Court of Appeals

## FOR THE EIGHTH CIRCUIT

_____

No. 99-1445

_____

Arizona Hall,                                    *
                                                 *
        Appellant,                         *
                                                 *
   v.                                         *
                                                 *
Kenneth M. Romines,                              *
                                                 *
        Appellee,                          *
                                                 *
Eileen T. Jones,                                 *
                                                 *
        Defendant,                         *
                                                 *
John D. Evans; Daniel B. Hayes,                  *
                                                 *     Appeal from the United States
        Appellees,                         *     District Court for the
                                                 *     Eastern District of Missouri.
Dick D. Moore,                                   *
                                                 *          [UNPUBLISHED]
        Defendant,                         *
                                                 *
George A. Lombardi; Dora B. Schriro;             *
Michael Groose,                                  *
                                                 *
        Appellees,                         *
                                                 *
John Doe, #1, individual and official            *
capacities; John Doe, #2, individual             *
and official capacities; John Doe, #3,           *
individual and official capacities; John         *

Doe, #4, individual and official           *
capacities,                                *
                                           *
            Defendants,                    *
                                           *
Jane Doe, #1, individual and official      *
capacities,                                *
                                           *
            Appellee,                      *
                                           *
Jane Doe, #2, individual and official      *
capacities; Jane Doe, #3, individual and   *
official capacities; Jane Doe, #4,         *
individual and official capacities,        *
                                           *
            Defendants,                    *
                                           *
Brenda Rolph; Eileen Jones; Kelly          *
Lock; Vernon Health; Paul Delo;            *
Betty Grahman; N. Moran; Sharon            *
Fairchild; Ancel Ivestus; Ronnie           *
Hawerton; William Calloway; Ben            *
Wilson; Joseph Trueblood; Fred Cain;       *
Terry L. Barnett; Milton Jones; N. R.      *
Riddle; Chris Swicord; Paul A.             *
Konstan; Leroy Luebbert; Darrell L.        *
Rector; Donald Johnson; Valarie            *
Swyers,                                    *
                                           *
            Appellees,                     *
                                           *
R. Marian Ortbals,                         *
                                           *
            Defendant.                     *

_____

Submitted:  March 23, 2000

Filed:  April 12, 2000
_____

Before McMILLIAN, HANSEN, and MORRIS SHEPPARD ARNOLD, Circuit Judges.

_____

PER CURIAM.

Missouri inmate Arizona Hall filed this civil rights action against a number of persons involved in his 1987 state criminal proceedings, and various prison officials. Mr. Hall alleged that several defendants coerced him to enter a plea, reneged on a promise to sentence him to a state hospital instead of prison, obstructed his efforts to appeal his sentence and pursue his postconviction remedies, and conspired and retaliated against him, and that some defendants committed Eighth Amendment violations. The district court[1] dismissed without prejudice most of Mr. Hall's claims as barred under <u>Heck v. Humphrey</u>, 512 U.S. 477, 486-87 (1994) (in order to recover damages under 42 U.S.C. § 1983 for allegedly unconstitutional conviction or imprisonment, or for other harm caused by actions whose unlawfulness would render conviction or sentence invalid, plaintiff must prove that conviction or sentence has been overturned). The district court later dismissed without prejudice the rest of Mr. Hall's claims after he failed to comply with an order directing him to effect service of process on those defendants against whom he had stated a claim. Mr. Hall appeals. Having carefully reviewed the record and the parties' briefs, we affirm the judgment of the district court for the reasons set forth in the orders Mr. Hall challenges on appeal. <u>See</u> 8th Cir. R. 47B. We also deny Mr. Hall's motion to strike appellees' corrected briefs.

_____

[1]The Honorable Rodney W. Sippel, United States District Judge for the Eastern District of Missouri.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.